UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-3093-RGK (SPx) | | Date | February 19, 2016 |
|---|---|---|---|---|
| Title | Market Lofts Community Association v. National Union Fire Insurance Company of Pittsburgh, PA | | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**    **(In Chambers) Order to Show Cause Why Motion Should Not Be Denied as Untimely**

On February 16, 2016, plaintiff filed a Motion to Compel, accompanied by a joint stipulation as required by Local Rule 37-2. Under Local Rule 37-3, the hearing on the motion may be noticed for not earlier than 21 days after the filing of the motion. Plaintiff here noticed the motion for March 8, 2016, exactly 21 days after its filing in compliance with the local rules.

However, as noted in the Motion to Compel, the discovery cut-off in this case is March 2, 2016.  And under the September 14, 2015 Order for Jury Trial in this case, any discovery motion must be timely filed and calendared for hearing "sufficiently in advance of the discovery cut-off date to permit the responses to be obtained before that date, if the motion is granted."  Thus, with a March 8, 2016 hearing date – six days after the discovery cut-off – the motion is untimely.

Accordingly, plaintiff is hereby ordered to show cause, on or before February 26, 2016, why the Motion to Compel should not be denied as untimely.  If plaintiff withdraws the motion on or before February 26, 2016, the order to show cause will be discharged.