MICHAEL J. HARTLEY (State Bar No. 189375)
LEE J. ROSENBERG (State Bar No. 287567)
**BAUTE CROCHETIERE & GILFORD LLP**
777 South Figueroa Street, Suite 4900
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225
mhartley@bautelaw.com
lrosenberg@bautelaw.com

Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARKET LOFTS COMMUNITY ASSOCIATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>Defendant. | Case No. 2:15-cv-3093-RGK (SPx)<br><br>Hon. R. Gary Klausner<br>Courtroom 850<br><br>**DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA'S NOTICE OF MOTION IN LIMINE NO. 2 REGARDING EVIDENCE RELATING TO MLCA'S DEFENSE COSTS IN THE UNDERLYING ACTION, INCLUDING OF ITS DESIGNATED EXPERT ON DEFENSE COSTS, GARY GREENFIELD**<br><br>[Filed concurrently with Memorandum of Points and Authorities; Declaration of Lee J. Rosenberg; and PROPOSED Order]<br><br>Judge: R. Gary Klausner<br>Date: May 31, 2016<br>Time: 9:00 a.m.<br>Crtrm.: 850<br><br>Action Filed: April 24, 2015 |

BAUTE CROCHETIERE & GILFORD LLP<br>777 South Figueroa Street, Suite 4900<br>Los Angeles, CA 90017<br>Tel (213) 630-5000 • Fax (213) 683-1225

240543.1

Case No. 2:15-cv-3093-RGK (SPx)

**DEFENDANT'S NOTICE OF MIL NO. 2 re: EVIDENCE RELATING TO MLCA'S DEFENSE COSTS**

**TO PLAINTIFF AND THEIR RESPECTIVE ATTORNEY OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that on May 31, 2016 at 9:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 850 of the above entitled court, Defendant National Union Fire Insurance Company of Pittsburgh, Pa (hereafter "National Union") will respectfully move the Court, *in limine* to exclude plaintiff Market Lofts Community Association's ("MLCA") from offering evidence regarding the reasonableness or the relatedness of the defense costs that MLCA is seeking to recover in this action, including through the testimony or report of its designated expert on defense costs, Gary Greenfield.

MLCA should be precluded from introducing this evidence at trial because (i) MLCA itself refused to testify on that topic at its deposition; (ii) MLCA provided its expert with an opportunity to interview MLCA's attorneys regarding the reasonableness and relatedness of their defense costs, which MLCA refused to provide to National Union, citing privilege; and (iii) it would be inappropriate for Mr. Greenfield to provide additional or "more complete" opinions at trial when at his deposition of he admitted that his opinions were premature.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place by e-mail and telephonically on April 12, 2016. Counsel discussed the bases for the Motion but have been unable to reach a resolution which eliminates the necessity of a hearing.

/ / /

/ / /

/ / /

BAUTE CROCHETIERE & GILFORD LLP
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

240543.1

1

Case No. 2:15-cv-3093-RGK (SPx)

**DEFENDANT'S NOTICE OF MIL NO. 2 re: EVIDENCE RELATING TO MLCA'S DEFENSE COSTS**

National Union's Motion is based upon this Notice of Motions and Motion, the Declaration of Lee Rosenberg, the Court's records for this case, and upon such other and further argument and evidence as may be presented at the time of the hearing on this Motion.

DATED:  April 15, 2016          BAUTE CROCHETIERE & GILFORD LLP


By:      /s/ Michael J. Hartley
       Michael J. Hartley
       Attorneys for Defendant
       NATIONAL UNION FIRE INSURANCE
       COMPANY OF PITTSBURGH, PA.

BAUTE CROCHETIERE & GILFORD LLP
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

240543.1

2

Case No. 2:15-cv-3093-RGK (SPx)

**DEFENDANT'S NOTICE OF MIL NO. 2 re: EVIDENCE RELATING TO MLCA'S DEFENSE COSTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of April, 2016, I electronically filed the foregoing **DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA'S NOTICE OF MOTION IN LIMINE NO. 2 REGARDING EVIDENCE RELATING TO MLCA'S DEFENSE COSTS IN THE UNDERLYING ACTION, INCLUDING OF ITS DESIGNATED EXPERT ON DEFENSE COSTS, GARY GREENFIELD** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David A. Gauntlett, Esq.
James A. Lowe, Esq.
GAUNTLETT & ASSOCIATES
18400 Von Karman, Suite 300
Irvine, CA  92612

Attorneys for Plaintiff
Market Lofts Community Association

Phone:  (949) 553-1010
Fax:     (949) 553-2050
Email:   info@gauntlettlaw.com
         ial@gauntlettlaw.com


/s/ Michael J. Hartley
MICHAEL J. HARTLEY

BAUTE CROCHETIERE & GILFORD LLP
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

240543.1

Case No. 2:15-cv-3093-RGK (SPx)

**DEFENDANT'S NOTICE OF MIL NO. 2 re: EVIDENCE RELATING TO MLCA'S DEFENSE COSTS**