MICHAEL J. HARTLEY (State Bar No. 189375)
LEE J. ROSENBERG (State Bar No. 287567)
**BAUTE CROCHETIERE & GILFORD LLP**
777 South Figueroa Street, Suite 4900
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225
mhartley@bautelaw.com
lrosenberg@bautelaw.com

Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.

BAUTE CROCHETIERE & GILFORD LLP
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARKET LOFTS COMMUNITY ASSOCIATION, a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation, <br><br> Defendant. | Case No. 2:15-cv-3093-RGK (SPx) <br><br> Hon. R. Gary Klausner <br> Courtroom 850 <br><br> **DECLARATION OF LEE J. ROSENBERG IN SUPPORT OF MOTION IN LIMINE NO. 2 REGARDING EVIDENCE RELATING TO MLCA'S DEFENSE COSTS IN THE UNDERLYING ACTION, INCLUDING OF ITS DESIGNATED EXPERT ON DEFENSE COSTS, GARY GREENFIELD** <br><br> [Filed concurrently with Notice of Motion; Memorandum of Points and Authorities; and PROPOSED Order] <br><br> Judge: R. Gary Klausner <br> Date: May 31, 2016 <br> Time: 9:00 a.m. <br> Crtrm.: 850 <br><br> Action Filed: April 24, 2015 |

241047.1

Case No. 2:15-cv-3093-RGK (SPx)

**DECLARATION OF LEE J. ROSENBERG ISO MIL NO. 2**

BAUTE CROCHETIERE & GILFORD LLP
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

## DECLARATION OF LEE J. ROSENBERG

I, Lee J. Rosenberg, declare as follows:

1. I am an attorney duly authorized to practice law before all courts in the State of California. I am an associate with Baute Crochetiere & Gilford LLP, attorneys of record for Defendant National Union Fire Insurance Company of Pittsburgh, Pa. I have personal knowledge of the facts set below and, if called as a witness, I could, and would competently testify thereto.

2. Attached as **Exhibit A** to my declaration is a true and correct copy of excerpts of the certified deposition transcript of MLCA's 30(b)(6) witness, Richard Snook, and related exhibits.

3. Attached as **Exhibit B** to my declaration is a true and correct copy of excerpts of the certified deposition transcript of Gary Greenfield, and related exhibits.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 15th day of April, 2016, at Los Angeles, California.

/s/ Lee J. Rosenberg
Lee J. Rosenberg

BAUTE CROCHETIERE & GILFORD LLP
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 15th day of April, 2016, I electronically filed the foregoing **DECLARATION OF LEE J. ROSENBERG IN SUPPORT OF MOTION IN LIMINE NO. 2 REGARDING EVIDENCE RELATING TO MLCA'S DEFENSE COSTS IN THE UNDERLYING ACTION, INCLUDING OF ITS DESIGNATED EXPERT ON DEFENSE COSTS, GARY GREENFIELD** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David A. Gauntlett, Esq.
James A. Lowe, Esq.
GAUNTLETT & ASSOCIATES
18400 Von Karman, Suite 300
Irvine, CA 92612

Attorneys for Plaintiff
Market Lofts Community Association

Phone:  (949) 553-1010
Fax:      (949) 553-2050
Email:   info@gauntlettlaw.com
            ial@gauntlettlaw.com

/s/ Michael J. Hartley
MICHAEL J. HARTLEY

2
**DECLARATION OF LEE J. ROSENBERG ISO MIL NO. 2**