MICHAEL J. HARTLEY (State Bar No. 189375)
ANDREW M. GILFORD (State Bar No. 144994)
LEE J. ROSENBERG (State Bar No. 287567)
**BAUTE CROCHETIERE & GILFORD LLP**
777 South Figueroa Street, Suite 4900
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225
mhartley@bautelaw.com
agilford@bautelaw.com
lrosenberg@bautelaw.com

Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARKET LOFTS COMMUNITY ASSOCIATION, a California corporation,<br><br>                Plaintiff,<br><br>        v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>                Defendant. | Case No. 2:15-cv-3093-RGK (SPx)<br><br>Hon. R. Gary Klausner<br>Courtroom 850<br><br>**NOTICE RE TRIAL AND REQUEST FOR RULING ON MOTIONS IN LIMINE**<br><br>Action Filed:        April 24, 2015 |

244827.1

Case No. 2:15-cv-3093-RGK (SPx)

**NOTICE RE TRIAL AND REQUEST FOR RULING**

BAUTE CROCHETIERE & GILFORD LLP
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

On June 10, 2016, the Parties participated in a Court-ordered mediation before Bruce Friedman of JAMS.  Mr. Friedman made a mediator's proposal at the close of the mediation, which was confirmed in an e-mail to the Parties on June 11, 2016.  On June 14, 2016, the Parties accepted the mediator's proposal, Mr. Friedman notified the Parties that the matter had settled per the terms of the mediator's proposal, and the Parties filed a joint Notice of Settlement with the Court on that same day (Dkt. #108).  The parties exchanged drafts memorializing the settlement agreement throughout that week. One week later, on June 21, 2016, Market Lofts informed National Union that it would not honor the settlement. National Union therefore informs the Court at this time that it believes the trial will proceed as scheduled on June 28, 2016.

On June 20, 2016, counsel for the Parties appeared before the Court on a continued final pre-trial conference. Counsel agreed that in light of the forthcoming dismissal with prejudice that the Court's tentative rulings on the pending motions *in limine* and proposed jury instructions, could be deferred until the first day of trial.  In light of Market Lofts' revocation of the settlement, National Union respectfully requests that the Court release its tentative rulings in advance of the first day of trial so that the Parties may prepare for trial.

DATED:  June 21, 2016          BAUTE CROCHETIERE & GILFORD LLP



By:    s/ Michael J. Hartley
       Michael J. Hartley
       Attorneys for Defendant
       NATIONAL UNION FIRE INSURANCE
       COMPANY OF PITTSBURGH, PA.

BAUTE CROCHETIERE & GILFORD LLP
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

244827.1

1

Case No. 2:15-cv-3093-RGK (SPx)

**NOTICE RE TRIAL AND REQUEST FOR RULING**

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June, 2016, I electronically filed the foregoing **NOTICE RE TRIAL AND REQUEST FOR RULING ON MOTIONS IN LIMINE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David A. Gauntlett, Esq.
James A. Lowe, Esq.
GAUNTLETT & ASSOCIATES
18400 Von Karman, Suite 300
Irvine, CA  92612

Attorneys for Plaintiff
Market Lofts Community Association

Phone:   (949) 553-1010
Fax:     (949) 553-2050
Email:   info@gauntlettlaw.com
         ial@gauntlettlaw.com

　s/ Michael J. Hartley　
Michael J. Hartley

BAUTE CROCHETIERE & GILFORD LLP
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

244827.1

2

Case No. 2:15-cv-3093-RGK (SPx)

**NOTICE RE TRIAL AND REQUEST FOR RULING**