JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| MARKET LOFTS COMMUNITY ASSOCIATION, a California corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>                    Defendant. | Case No. 2:15-cv-3093-RGK (SPx)<br><br>Hon. R. Gary Klausner<br>Courtroom 850<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Filed concurrently with Joint Motion]<br><br>Action Filed:      April 24, 2015 |

BAUTE CROCHETIERE & GILFORD LLP<br>777 South Figueroa Street, Suite 4900<br>Los Angeles, CA 90017<br>Tel (213) 630-5000 • Fax (213) 683-1225

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

This action and all present claims shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

**IT IS SO ORDERED.**

DATED:  June 24, 2016

_____
**R. GARY KLAUSNER**
**UNITED STATES DISTRICT JUDGE**

BAUTE CROCHETIERE & GILFORD LLP
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June, 2016, I electronically filed the foregoing **[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David A. Gauntlett, Esq.   Attorneys for Plaintiff
James A. Lowe, Esq.    Market Lofts Community Association
GAUNTLETT & ASSOCIATES
18400 Von Karman, Suite 300  Phone: (949) 553-1010
Irvine, CA  92612     Fax:  (949) 553-2050
           Email:  info@gauntlettlaw.com
               ial@gauntlettlaw.com

BAUTE CROCHETIERE & GILFORD LLP
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

244422.1

1

Case No. 2:15-cv-3093-RGK (SPx)

**[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS**